Adam B. Nach – 013622
**LANE & NACH, P.C.**
2001 East Campbell Ave. Suite 103
Phoenix, Arizona 85016
Telephone No.: (602) 258-6000
Facsimile No.: (602) 258-6003
Email: adam.nach@lane-nach.com

*Attorney for Trudy A. Nowak, Plaintiff*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | (Chapter 7 Case) |
|---|---|
| RL VENTURES, LLC, | Case No. 4:14-bk-16095-SHG |
| Debtor. | *Adv. No. 4:16-ap-00512-SHG* |
| TRUDY A. NOWAK, CHAPTER 7 TRUSTEE, | **STIPULATED MOTION TO VACATE STATUS CONFERENCE SET FOR APRIL 10, 2018 AT 2:00 PM** |
| Plaintiff, | **Time:** 2:00 PM |
| vs. | **Date:** April 10, 2018 |
| SKYLINE RIDGE, LLC, an Arizona Limited Liability Company, WALID A. ZARIFI and JANE DOE ZARIFI, husband and wife, | **Location:** 38 S. Scott Ave. Courtroom No. 329 Tucson, Arizona 85701 |
| Defendants. | **Video:** 230 N. 1st Ave. Courtroom 301 Phoenix, Arizona 85003 |

Trudy A. Nowak, Chapter 7 Trustee ("**Plaintiff**") and Skyline Ridge, LLC, ("**Defendant**"), by and through their undersigned counsel (hereinafter referred to together as "**Parties**"), hereby stipulate to vacate the Status Conference currently set for April 10, 2018. The Defendant recently filed a Chapter 11 bankruptcy as set forth in the Notice of Filing Bankruptcy, filed in this adversary proceeding on March 22, 2018 at DE No. 65.

For the foregoing reason, the Parties respectfully request that the Court vacate the Status Conference.

*///*

DATED: April 9, 2018

**LANE & NACH, P.C.**

By: */s/ Adam B. Nach – 013622*
    Adam B. Nach
    *Attorney for Plaintiff*

**MICHAEL BALDWIN, PLC**

By: */s/ Michael W. Baldwin (with permission)*
    Michael W. Baldwin
    *Attorney for Defendant Skyline Ridge, LLC*

COPY of the foregoing mailed
via electronic notification to:

Michael Baldwin, PLC
Michael W. Baldwin
12080 E. 8th Street
Tucson, Arizona 85748
Email: Michael.Baldwin@azbar.org
*Attorney for Defendant Skyline Ridge, LLC*


By: /s/ *Debbie McKernan*